**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 98-6292

---

JOHN DANIEL ROBERTS,

Petitioner - Appellant,

versus

MICHAEL MOORE, Director, SCDC; ATTORNEY GEN-
ERAL OF THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-9-2761-2-20AJ)

---

Submitted: July 2, 1998          Decided: July 27, 1998

---

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

John Daniel Roberts, Appellant Pro Se. Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998).[*] We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. The record shows that Appellant failed to file an objection to the magistrate judge's report and recommendation and that the Appellant was apparently not given a warning about the consequences of failure to object. In light of Appellant's failure to object, the district court did not conduct a de novo review; however, this error is harmless. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] Appellant's action was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (1994).